RECEIVED

APR 2 7 2007

OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

07-266 C

Plaintiff(s) or Petitioner(s)
See Schedule A

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Steven H. Becker, Esq.

Firm Name: Baker & McKenzie LLP

Post Office Box:

Street Address: 1114 Avenue of the Americas

City-State-Zip: New York, NY 10036

Telephone & Facsimile Numbers: steven.h.becker@bakernet.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes □ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes □ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 2 6

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. Plaintiffs seek damages in the amount of reclamation fees (30 U.S.C. § 1232) collected on exports in violation of the Export Clause of the U.S. Constitution.

Agency Identification Code: D O I

See attached sheet for three-digit codes.

Amount Claimed: $ To be determined

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes □ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? □ Yes ■ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ■ Yes □ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**Schedule A**
**Alphabetized List of Plaintiffs** 07-266 T

| | |
|---|---|
| 1 | ALEX ENERGY, INC. |
| 2 | ANDALEX RESOURCES, INC. |
| 3 | APOGEE COAL COMPANY |
| 4 | ARCH WESTERN RESOURCES, LLC |
| 5 | CANYON FUEL COMPANY, LLC |
| 6 | CATENARY COAL COMPANY |
| 7 | CLINTWOOD ELKHORN MINING COMPANY |
| 8 | COAL-MAC, INC. |
| 9 | COASTAL COAL COMPANY, LLC |
| 10 | COASTAL COAL-WEST VIRGINIA, LLC |
| 11 | COLONY BAY COAL COMPANY |
| 12 | CONSOL ENERGY, INC. |
| 13 | CONSOL OF KENTUCKY INC. |
| 14 | CONSOL OF PENNSYLVANIA COAL COMPANY |
| 15 | CONSOLIDATION COAL COMPANY |
| 16 | COVENANT COAL CORPORATION |
| 17 | DAL-TEX COAL CORPORATION |
| 18 | DELBARTON MINING COMPANY |
| 19 | EAGLE ENERGY, INC. |
| 20 | EASTERN ASSOCIATED COAL CORPORATION |
| 21 | EIGHTY FOUR MINING COMPANY |
| 22 | ELK RUN COAL COMPANY, INC. |
| 23 | EVERGREEN MINING COMPANY |
| 24 | GATLIFF COAL COMPANY |
| 25 | GENWAL RESOURCES, INC. |
| 26 | GLAMORGAN COAL COMPANY, LLC |
| 27 | GOALS COAL COMPANY |
| 28 | GREEN VALLEY COAL COMPANY |
| 29 | HELVETIA COAL COMPANY |
| 30 | HOBET MINING, INC. |
| 31 | INDEPENDENCE COAL COMPANY, INC. |
| 32 | ISLAND CREEK COAL COMPANY |
| 33 | JIM WALTER RESOURCES, INC. |
| 34 | KENT COAL MINING COMPANY |
| 35 | KEYSTONE COAL MINING CORPORATION |
| 36 | KINGSTON RESOURCES, INC. |
| 37 | KNOX CREEK COAL CORPORATION |
| 38 | LAUREL RUN MINING COMPANY |
| 39 | LOGAN FORK COAL COMPANY |
| 40 | MARFORK COAL COMPANY, INC. |
| 41 | MARTIN COUNTY COAL CORPORATION |
| 42 | MCELROY COAL COMPANY |

| Schedule A Contd. Alphabetized List of Plaintiffs | |
|---|---|
| 43 | MID-VOL LEASING, INC. |
| 44 | MINGO LOGAN COAL CO. |
| 45 | MOUNTAINEER COAL DEVELOPMENT COMPANY |
| 46 | NICHOLAS-CLAY COMPANY, LLC |
| 47 | NICHOLAS-CLAY LAND & MINERAL, INC. |
| 48 | NINEVEH COAL COMPANY |
| 49 | OLD BEN COAL COMPANY |
| 50 | PACIFIC COAST COAL COMPANY |
| 51 | PAYNTER BRANCH MINING, INC. |
| 52 | PEABODY HOLDING COMPANY, INC. |
| 53 | PEERLESS EAGLE COAL COMPANY |
| 54 | PERFORMANCE COAL COMPANY |
| 55 | PERRY COUNTY COAL CORPORATION |
| 56 | PINE RIDGE COAL COMPANY |
| 57 | PIONEER FUEL CORPORATION |
| 58 | PLATEAU MINING CORPORATION |
| 59 | POWDER RIVER COAL COMPANY |
| 60 | PREMIER ELKHORN COAL COMPANY |
| 61 | QUARTO MINING COMPANY |
| 62 | RAG CUMBERLAND RESOURCES, L.P. |
| 63 | RAG EMERALD RESOURCES, L.P. |
| 64 | RAWL SALES & PROCESSING COMPANY |
| 65 | RIVERS EDGE MINING INC. |
| 66 | RIVERSIDE ENERGY, INC. |
| 67 | SHIPYARD RIVER COAL TERMINAL COMPANY |
| 68 | SIDNEY COAL COMPANY, INC. |
| 69 | STONE MINING COMPANY |
| 70 | TERRY EAGLE L.P. |
| 71 | TWENTYMILE COAL COMPANY |
| 72 | UNITED STATES STEEL MINING COMPANY, LLC |
| 73 | USIBELLI COAL MINE, INC. |
| 74 | VIRGINIA CREWS COAL COMPANY |
| 75 | WEST RIDGE RESOURCES, INC. |