ORIGINAL

UNITED STATES COURT OF FEDERAL CLAIMS
BEFORE: HON. , JUDGE

CONSOLIDATION COAL COMPANY, CONSOL OF PENNSYLVANIA COAL COMPANY, CONSOL OF KENTUCKY INC., EIGHTY FOUR MINING COMPANY, HELVETIA COAL COMPANY, ISLAND CREEK COAL COMPANY, KENT COAL MINING COMPANY, KEYSTONE COAL MINING CORPORATION, LAUREL RUN MINING COMPANY, MCELROY COAL COMPANY, NINEVEH COAL COMPANY, QUARTO MINING COMPANY, EAGLE ENERGY, INC., ELK RUN COAL COMPANY, INC., GOALS COAL COMPANY, GREEN VALLEY COAL COMPANY, INDEPENDENCE COAL COMPANY, INC., KNOX CREEK COAL CORPORATION, MARFORK COAL COMPANY, INC., MARTIN COUNTY COAL CORPORATION, PEERLESS EAGLE COAL COMPANY, PERFORMANCE COAL COMPANY, RAWL SALES & PROCESSING COMPANY, SIDNEY COAL COMPANY, INC., STONE MINING COMPANY, APOGEE COAL COMPANY, ARCH WESTERN RESOURCES, LLC, CANYON FUEL COMPANY, LLC, CATENARY COAL COMPANY, COAL-MAC, INC., DAL-TEX COAL CORPORATION, HOBET MINING, INC., MINGO LOGAN COAL CO., KINGSTON RESOURCES, INC., PAYNTER BRANCH MINING, INC., PIONEER FUEL CORPORATION, PLATEAU MINING CORPORATION, RAG CUMBERLAND RESOURCES, L.P., RAG EMERALD RESOURCES, L.P., TWENTYMILE COAL COMPANY, COASTAL COAL COMPANY, LLC, COASTAL COAL-WEST VIRGINIA, LLC, EASTERN ASSOCIATED COAL CORPORATION, EVERGREEN MINING COMPANY, MID-VOL LEASING, INC., MOUNTAINEER COAL DEVELOPMENT COMPANY, OLD BEN COAL COMPANY, SHIPYARD RIVER COAL TERMINAL COMPANY, RIVERSIDE ENERGY, INC., VIRGINIA CREWS COAL COMPANY, CLINTWOOD ELKHORN MINING COMPANY, GATLIFF COAL COMPANY, PREMIER ELKHORN COAL COMPANY, PERRY COUNTY COAL CORPORATION, GLAMORGAN COAL COMPANY, LLC, TERRY EAGLE L.P., NICHOLAS-CLAY LAND & MINERAL, INC., NICHOLAS-CLAY COMPANY, LLC, ANDALEX RESOURCES, INC., GENWAL RESOURCES, INC., JIM WALTER RESOURCES, INC., PACIFIC COAST COAL COMPANY, USIBELLI COAL MINE, INC., POWDER RIVER COAL COMPANY, WEST RIDGE RESOURCES, INC., UNITED STATES STEEL MINING COMPANY, LLC, COVENANT COAL CORPORATION, ALEX ENERGY, INC., DELBARTON MINING COMPANY, PEABODY HOLDING COMPANY, INC., COLONY BAY COAL COMPANY, LOGAN

FILED
APR 27 2007
U.S. COURT OF FEDERAL CLAIMS

Court No. 07-266 C

**COMPLAINT**

FORK COAL COMPANY, PINE RIDGE COAL COMPANY, RIVERS EDGE MINING INC., and CONSOL ENERGY, INC.,

Plaintiffs,

v.

UNITED STATES,

Defendant.

**NOTICE OF DIRECTLY RELATED CASES**

Pursuant to Rule 40.2, Plaintiffs hereby state, upon information and belief, that the above-captioned case is directly related to:

> *Consolidation Coal Company, et al. v. United States*, Fed. Cl. No. 01-254C and *Rapoca Energy Company v. United States*, Fed. Cl. No. 01-442C, decided by Judge Bohdan A. Futey on April 4, 2005; Judgment entered in favor of plaintiff Jim Walters Resources, Inc. on Feb. 22, 2007; Government appealed on Apr. 19, 2007;
>
> *Alex Energy, Inc., et al. v. United States*, Fed. Cl. No. 05-929C, assigned to Judge Futey on August 25, 2005;
>
> *Peabody Holding Company, Inc., et al. v. United States*, Fed. Cl. No. 05-1211C, assigned to Judge Futey on November 17, 2005;
>
> Consol Energy, Inc. v. United States, Fed. Cl. No. 05-1284C, assigned to Judge Futey on December 13, 2005.

This case involves the same constitutional challenge to 30 U.S.C. § 1232, which was found to violate the Export Clause of the United States Constitution in *Consolidation Coal, supra* and *Rapoca Energy, supra*. Plaintiffs believe that assignment to Judge Futey is likely to conserve judicial resources and promote an efficient determination of the action.

Respectfully submitted,

Steven H. Becker
Baker & McKenzie LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 626-4100

Attorneys for Plaintiffs

April 26, 2007
Date

## CERTIFICATE OF SERVICE

I, Melanie Hable, certify that I am legal assistant with Baker & McKenzie LLP, located at 1114 Avenue of the Americas, New York, New York, and that on April 26, 2007, I caused to be sent by first class mail a copy of Plaintiff's Statement of Directly Related Cases on the following attorneys:

Tara K. Hogan
Attorney
Commercial Litigation Branch
Civil Division
Classification Unit, 8th Floor
U.S. Department of Justice
Washington, DC 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

Counsel for Defendant
United States

John Y. Merrell, Jr., Esq.
Merrell & Merrell, P.C.
1477 Chain Bridge Road
Suite 101
McLean, VA 22101

Counsel for Plaintiff
Rapoca Energy Company LLC
f/k/a Rapoca Energy Company

[signature]
Melanie Hable