IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED COAL COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 07-266 C |
| | ) | (Senior Judge Bohdan A. Futey) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Tara K. Hogan, as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Tara K. Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Phone: (202) 616-2228
Fax: (202) 305-7643
E-mail: Tara.Hogan@usdoj.gov

Attention: Classification Unit, 8th Floor
1100 L Street, NW

s/Tara K. Hogan
Tara K. Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division

Dated: June 5, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Tara K. Hogan