# In the United States Court of Federal Claims

**No. 07-0266C**

**(Filed July 31, 2007)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * | |
| **CONSOLIDATION COAL** | * |
| **COMPANY, ET AL.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |

## ORDER

Defendant's Consent Motion To Stay Proceedings, filed on July 30, 2007, is hereby ALLOWED. The parties shall file a joint status report within 30 days from the resolution of proceedings in Consolidation Coal, et al v. The United States, No. 2007-5108, before the United States Court of Appeals for the Federal Circuit.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**